IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISRAEL GOMEZ-ALAMANZA,<br>Petitioner, | : | CRIM. ACTION NO. 10-CR-67 |
| | : | |
| v. | : | CIVIL ACTION NO. 11-CV-7114 |
| | : | |
| UNITED STATES OF AMERICA,<br>Respondent. | : | |

FILED
MAY 13 2013
MICH... ..., Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 13 day of May, 2013, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated April 24, 2013, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's *Pro Se* Motion to Vacate, Set Aside, or Correct Sentence filed Pursuant to 28 U.S.C. § 2255 (Doc. No. 27) is DENIED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

cc: Maslen
    I. Gomez-Alamanza